# MINUTE ENTRY FOR ARRAIGNMENT PROCEEDING

| | |
|---|---|
| **MAGISTRATE JUDGE:** James Cho | **DATE:** 6/15/2026 |

| |
|---|
| **CLERK:** D.Wright |

| | |
|---|---|
| **DOCKET #:** 26 CR 175(MKB) | **LOG TIME:** 4:17-4:39pm |

| |
|---|
| **DEFENDANTS NAME:** Shazia Bibi |

| | | | |
|---|---|---|---|
| **x**   Present | Not Present   **x** | Custody ____ | Bail |

| |
|---|
| **DEFENSE COUNSEL:** Kevin Keating on behalf of Andrew Garbarino |

| | | | |
|---|---|---|---|
| ____ Court Appointed | ____ Federal Defender | ____ CJA | **x**   Retained |

| |
|---|
| **DEFENDANTS NAME:** Pervez Siddiqui |

| | | | |
|---|---|---|---|
| **x**   Present | Not Present   **x** | Custody ____ | Bail |

| |
|---|
| **DEFENSE COUNSEL:** Keving Keating |

| | | | |
|---|---|---|---|
| ____ Court Appointed | ____ Federal Defender | ____ CJA | **x**   Retained |

| |
|---|
| **A.U.S.A:** Patrick Campbell & Leonid Sandlar |

| | |
|---|---|
| **INTERPRETER:** | **LANGUAGE:** |

Defendant arraigned on the: ___ Complaint **x** Indictment ___ Superseding Indictment ___ Probation Violation

| | |
|---|---|
| **x** Defendant pleads NOT GUILTY to ALL counts. | **x** Defendants first appearance. |
| ____ Government Agent Sworn | **x** Rule 5f warnings given to the govt. |
| **x** DETENTION HEARING Held. | ____ BAIL HEARING Held. |

**x** Bond set at $ 500,000

**Defendant:** **x** released ___ held pending satisfaction of bond conditions.

**x** Defendant advised of bond conditions set by the Court and signed the bond.

**3** Surety/ies sworn, advised of bond obligations by the Court and signed the bond.

____ (Additional) surety/ies to co-sign bond by _____

____ After hearing, Court orders detention in custody. _____ Leave to reopen granted.

| | |
|---|---|
| ____ Temporary Order of Detention Issued. | ____ Bail Hearing set for |
| ____ Preliminary Hearing set for | ____ Preliminary Hearing waived by defendant |

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate Judge or to the District Court Judge to whom the case will be assigned.

| | | |
|---|---|---|
| ____ Order of Excludable Delay/Speedy Trial entered. | Start Date: 6/15/2026 | End Date: 7/15/2026 |
| **Removal District:** | **Removal District Case Number:** | |

| | |
|---|---|
| ____ Removal (Rule 5) Proceeding held. | |
| ____ Identity hearing held. | **Court:** ____ Orders removal ____ Denies Removal |
| ____ Defendant waives Identity hearing | ____ Defendant waives Preliminary hearing |

____ No bail application presented to the court. Commitment to the District entered.

____ Medical memo issued.

____ Defendant failed to appear; bench warrant issued.

____ Status conference set for _____ @ _____ before District Judge:

**Other Rulings:** Defendant arraigned on the indictment. The government and defense counsel consented to a $500,000 bail application with 1 suretor, secured by 1 property for each defendant. The court granted the bail application with the confession of judgement to be posted by 6/22/2026. The court granted the bail application with the confession of judgment to be posted by 6/22/2026. 2 sureties present, sworn and advised of the bond obligations and signed the bond for Shazia Bibi. 1 suretor present, sworn and advised of the bond obligations and signed the bond for Pervez Siddiqui.