

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

PJC/LS                                   *271 Cadman Plaza East*
F. #2025R00122                           *Brooklyn, New York 11201*

July 6, 2026

<u>BY ECF</u>

The Honorable Natasha C. Merle
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    United States v. Shazia Bibi, et al.
       <u>Criminal Docket No. 26-175 (NCM)</u>

Dear Judge Merle:

The government respectfully writes to request that the time between July 15, 2026, the expiration date of the current order of excludable delay, and August 5, 2026, the date of the first status conference in the above-referenced case, be excluded under the Speedy Trial Act. This exclusion is appropriate and in the interests of justice to permit the parties to exchange discovery and engage in plea discussions. The government has conferred with counsel for all defendants, who have no objection to this request.

The parties are available to provide additional information that the Court may request.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York

LORINDA LARYEA
Chief, Fraud Section
Criminal Division
U.S. Department of Justice

By:    /s/Patrick J. Campbell
Patrick J. Campbell
Acting Assistant Chief
Leonid Sandlar
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
(202) 262-7067

cc:    Clerk of Court (NCM) (by email)
Counsel of record (by ECF)

2