UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                      Plaintiffs,           **NOTICE OF APPEARANCE**

  -against-

SHAZIA BIBI,

                                        **Case No.: 26-CR-175**

                      Defendants.
-------------------------------------------------------------X

**PLEASE TAKE NOTICE** that as of this date, Ruskin Moscou Faltischek, P.C., by

Andrew T. Garbarino, Esq., hereby appears as counsel of record on behalf of defendant, Shazia

Bibi in the above-captioned matter.

Dated: Uniondale, New York
       July 8, 2026

                                   RUSKIN MOSCOU FALTISCHEK P.C.

                                   By: _____
                                      Andrew T. Garbarino, Esq.
                                      *Attorney for Shazia Bibi*

                                   RUSKIN MOSCOU FALTISCHEK, P.C>
                                   1425 RXR Plaza
                                   East Tower, 15th Floor
                                   Uniondale, NY  11556
                                   (516) 663-6600
                                   agarbarino@rmfpc.com