

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

PJC/LS
F. #2025R00122

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 31, 2026

BY ECF

The Honorable Natasha C. Merle
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

          Re:    United States v. Shazia Bibi, et al.
                Criminal Docket No. 26-175 (NCM)

Dear Judge Merle:

The government respectfully writes on behalf of the parties to provide a status report ahead of the status conference currently scheduled for August 5, 2026. Since the defendants' arraignment on June 15, 2026, the government has engaged in early plea discussions with several defendants, which are ongoing. The government has also prepared a substantial initial discovery production, which it is prepared to produce once a protective order is entered in this case. On July 31, 2026, the government filed a motion for the entry of a proposed protective order. See ECF No. 76.

The parties are available to provide additional information that the Court may request.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York

LORINDA LARYEA
Chief, Fraud Section
Criminal Division
U.S. Department of Justice

By:   /s/Patrick J. Campbell
     Patrick J. Campbell
     Acting Assistant Chief
     Leonid Sandlar
     Trial Attorney
     Criminal Division, Fraud Section
     U.S. Department of Justice
     (202) 262-7067

cc:   Clerk of Court (NCM) (by email)
     Counsel of record (by ECF)