**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

PJC/LS
F. #2025R00122

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 3, 2026

BY ECF

The Honorable Natasha C. Merle
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Shazia Bibi, et al.
Criminal Docket No. 26-175 (NCM)

Dear Judge Merle:

The government respectfully writes to request that time be excluded under the Speedy Trial Act between November 10, 2026, and January 20, 2027, the date of the next status conference, so that the parties can continue to engage in plea discussions. The government has conferred with counsel for each defendant, and each have indicated they have no objection to this request.

Respectfully submitted,

COLIN M. MCDONALD
Assistant Attorney General
National Fraud Enforcement Division

By: */s/Patrick J. Campbell*
Patrick J. Campbell
Deputy Chief
Leonid Sandlar
Trial Attorney
Health Care Fraud Section
National Fraud Enforcement Division
U.S. Department of Justice
(202) 262-7067

cc: Clerk of Court (NCM) (by email)
Counsel of record (by ECF)